CAUSE NO. 2023-097

| | | |
|---|---|---|
| Author J. Manning Jr | § | IN THE 4TH |
| PLAINTIFF | § § § § § | DISTRICT COURT |
| Paramount | | |
| DEFENDANT | | RUSK COUNTY, TEXAS |

## PETITION

The Defendant markets and broadcast the Plaintiffs entertainment production business items, titles, brands, and materials the movie, tv, and entertainment production titles, The Transforms, The Teenage Mutant Ninja Turtles, Naruto, the Avatar,

The Plaintiff is the original maker and founder of satellite and Cable Tv, the Ninja Turtles, Naruto, the Transformers animated tv series, Music Video, The material for the Defendan€s subsidiaries businesses Nickelodeon

The Plaintiff is the ideal maker of the Transformers and other movie productions marketed by the defendant, Movie series: films: Transformers (2007), Revenge of the Fallen (2009), Dark of the Moon (2011), Age of Extinction (2014), and The Last Knight (2017),[1] [2] [3] and has served as a producer for subsequent films. A sixth film Bumblebee, A seventh film, Rise of the Beasts.

All items of this case have a value of over $999,999,000,000,000 each

The Plaintiff contacted the Defendant about the issues of this case

The Plaintiff is founder and owner of multiple entertainment production businesses including businesses of the video Game and Hardware market, a small list of businesses owned by the Plaintiff are Sony, PlayStation, X-Box, Mortal Kombat, and others.

The Defendants are suspected businesses founded and originally made owned by the Plaintiff that ownership information was altered.

The Plaintiff is entitled to the ownership of every entertainment production business in the Cable and Satellite Market.

Relief is sought in the amount of $300,000,000,000 and ownership of the production business that are the items and cause of the case.

Signed 05/09/2023

By

Author Manning Il

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 75435719
Filing Code Description: Petition
Filing Description: Petition
Status as of 5/9/2023 8:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Author J.Manning | | grafficknights@gmail.com | 5/9/2023 5:58:51 AM | SENT |

STATE OF TEXAS
COUNTY OF RUSK
TERRI PIRTLE WILLARD, Clerk of District Court in and for Rusk County,Texas do hereby certify that the above and foregoing is a true and correct copy of the **Petition** now on file in Cause No. 2023-097 given under my hand and seal of office, this 31st day of August, 2023 .

Terri Pirtle Willard, Rusk County District Clerk

By_____ Deputy