IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AUTHOR J. MANNING, JR., § § § Plaintiff, § § v. § Case No. 6:23-cv-444-JDK-JDL § PARAMOUNT, et al., § § Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Orders dismissing Plaintiff's claims, the Court hereby enters Final Judgment. Plaintiff's claims against Paramount Global and Viacom CBS are **DISMISSED** with prejudice. Plaintiff's claims against the remaining Defendants are **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **7th** day of **March, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE